**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
  Email: Decker@luch.com
Andrew Quinn Thompson, State Bar No. 340286
  Email: AThompson@luch.com
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>T & D SERVICES INC., a Nevada Corporation doing business in California as "T & D TRENCHLESS,"<br><br>　　　　　Defendant. | Case No.: 5:24-CV-00083-SSS-SHK<br><br>ASSIGNED TO THE HONORABLE SUNSHINE SUZANNE SYKES<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

1
**STIPULATION FOR ENTRY OF JUDGMENT**

1838686_2.DOC

TO THE HONORABLE SUNSHINE SUZANNE SYKES, UNITED STATES DISTRICT COURT JUDGE:

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al. (collectively, the "Trustees"), and Defendant, T & D Services Inc., a Nevada corporation doing business in California as "T & D Trenchless" ("T&D"), that, subject to the approval of the Court:

1. With regard to the claims raised by Trustees in the within lawsuit, T&D is liable to the Trustees in the amount of $460,403.23.

2. Judgment shall be entered against T&D and in favor of Trustees, in the amount of $460,403.23, plus post-judgment interest calculated at 8% per annum from March 1, 2024, until paid in full, in the form attached hereto as **Exhibit 1**.

**IT IS SO STIPULATED.**

DATED: March 15, 2024     LAQUER, URBAN, CLIFFORD & HODGE LLP

By: */s/ Andrew Q. Thompson*
Andrew Q. Thompson, Attorney for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

DATED: March 15, 2024     T & D SERVICES INC., a Nevada corporation doing business as "T & D Trenchless"

By: */s/ Timothy P. Creyaufmiller*
Timothy P. Creyaufmiller, Attorney for Defendant, T & D Services Inc.

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Andrew Quinn Thompson hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.

DATED: March 15, 2024          By: /s/ Andrew Quinn Thompson
                                   Andrew Quinn Thompson