JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>T & D SERVICES INC., a Nevada Corporation doing business in California as "T & D TRENCHLESS,"<br><br>　　　　　　Defendant. | Case No.: 5:24-CV-00083-SSS-SHKx<br><br>ASSIGNED TO THE HONORABLE SUNSHINE SUZANNE SYKES<br><br>**JUDGMENT** |

1

JUDGMENT

1838710

This action having been commenced on January 16, 2024, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall recover from Defendant, T & D Services Inc., a Nevada corporation doing business in California as "T & D Trenchless," the principal amount of $460,403.23, together with prejudgment and post-judgment interest thereon at the rate of 8% per annum from March 1, 2024, until paid in full.

Dated: March 19, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE